

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 803-9918

February 9, 2026

# MEMO ENDORSED

Carter J. Wallace
212-803-9914
cwallace@polsinelli.com

**Via CM/ECF**
Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Courtroom 619

> Re:    **U.S. Bank National Association, as Trustee for the Registered Holders
> of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily
> Mortgage Pass-Through Certificates, Series 2018-SB51 v. 3212 Cruger
> Ave Holdings LLC, et al.**
> **Case No. 1:25-cv-6974**
> **Renewed Letter-Motion Requesting Stay to Accommodate Settlement**

Judge Ramos,

Polsinelli represents Plaintiff U.S. Bank National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB51 ("**Lender**") in the above-referenced action.  I submit this letter-motion requesting an additional sixty (60) day stay of all case deadlines in this action to accommodate the Parties' settlement discussions (this "**Second Request for Stay**") on behalf of, and with the express consent, of Lender, and Defendants 3212 Cruger Ave Holdings LLC, Berel Farkas, Menachem Silber, Joel Hersko (collectively, "**Borrower Defendants**")[1].

As previously advised in the Borrower Defendants' letter-motion dated December 10, 2025, seeking a stay of all deadlines in this action for sixty (60) days [ECF No. 18] (the "**First Request for Stay**"), the Parties have been involved in settlement negotiations that are likely to end the dispute.  Over the past sixty (60) days, the Parties have made significant progress in their settlement discussions and are hopeful that a settlement agreement can be reached in the next sixty (60) days which would eventually result in a request to this Court to either conditionally dismiss

---

[1] Borrower Parties, together with Lender, are referred to herein as the "**Parties**."

Atlanta | Boston | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Kansas City | Los Angeles | Miami | Nashville | New York | Park City | Philadelphia | Phoenix | Raleigh
Salt Lake City | San Diego | San Francisco | Seattle | St. Louis | Washington, D.C. | Wilmington

polsinelli.com

108886773.1



The Honorable Edgardo Ramos
February 9, 2026                                                    .
Page 2

with the right to reinstate, or further stay this action, pending Borrower's compliance with its future obligations under such settlement agreement.

This is Lender's second request for a stay of this action, which is not being sought for the purposes of unnecessary delay, but only to accommodate the Parties' settlement discussions.

The Parties consent to, and join in the request for, the relief sought in this letter-motion.

The Parties greatly appreciate the Court's consideration and accommodation of their request for an adjournment.

Respectfully submitted,

/s/ Carter J. Wallace
Carter J. Wallace

cc:    **Via CM/ECF**
       All parties of record

> The parties' request for an additional 60-day stay of all case deadlines is granted.
>
> SO ORDERED.
>
>
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 10, 2026
> New York, New York

108886773.1