POLSINELLI

600 Third Avenue, 42nd Floor, New York, NY 10016 • (212) 803-9918

September 8, 2026

Carter J. Wallace
212-803-9914
cwallace@polsinelli.com

MEMO ENDORSED

The request is granted. No further extensions of the stay will be granted absent good cause.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: September 9, 2026
New York, New York

**Via CM/ECF**
Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Courtroom 619

**Re: U.S. Bank National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB51 v. 3212 Cruger Ave Holdings LLC, et al.**
**Case No. 1:25-cv-06974**
**Renewed Letter-Motion Requesting Stay to Accommodate Settlement**

Judge Ramos,

Polsinelli represents Plaintiff U.S. Bank National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Securities, Inc., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB51 ("**Lender**") in the above-referenced action. I submit this letter-motion requesting an additional sixty (60) day stay of all case deadlines in this action to accommodate the Parties' settlement discussions, on behalf of, and with the express consent, of Lender, and Defendants 3212 Cruger Ave Holdings LLC, Berel Farkas, Menachem Silber, Joel Hersko (collectively, "**Borrower Defendants**")[1].

As previously advised in prior letters to the Court, the Parties have been involved in settlement negotiations that are likely to end the dispute. Over the past sixty (60) days, the Parties have made even more significant progress in their settlement discussions and are hopeful that a settlement agreement can be reached in the next sixty (60) days which would eventually result in a request to this Court to either conditionally dismiss with the right to reinstate, or further stay this action, pending Borrower's compliance with its future obligations under such settlement agreement.

[1] Borrower Parties, together with Lender, are referred to herein as the "**Parties**."

POLSINELLI



This is request is not being sought for the purposes of unnecessary delay, but only to accommodate the Parties' settlement discussions.

The Parties consent to, and join in the request for, the relief sought in this letter-motion.

The Parties greatly appreciate the Court's consideration and accommodation of their request for an adjournment.

Respectfully submitted,

*/s/ Carter J. Wallace*
Carter J. Wallace

cc: **Via CM/ECF**
All parties of record